KEMP v. BONA ALLEN INCORPORATED.

PER CURIAM. 1. When considered in the light of the pleadings and the evidence and the entire charge, the grounds of the motion for new trial, complaining of the charge and omission to charge, so far as approved by the court, afford no ground for the grant of a new trial.

2. The verdict for the defendant was authorized by the evidence, and there was no abuse of discretion in refusing a new trial.

> *Judgment affirmed. All the Justices concur.*
> FEBRUARY 15, 1916.

Action for damages. · Before Judge Brand. Gwinnett superior court. December 21, 1914.

C. N. Davie, W. B. Sloan, H. H. Perry, and W. A. Charters, for plaintiff. I. L. Oakes, O. A. Nix, E. O. Dobbs, and S. M. Ledford, for defendant.